JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURO E. BARCENAS,<br><br>           Plaintiff,<br><br>   v.<br><br>LEHMAN BROTHERS BANK,<br>FSB, etc., et al.,<br><br>           Defendants. | Case No. EDCV 09-834-VAP (SHx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

    The Court orders that such judgment be entered.

Dated: June 9, 2009

                                              VIRGINIA A. PHILLIPS
                                        United States District Judge